# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANDRE KHALEEL,**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** a foreign corporation,
Appellee.

No. 4D21-196

[February 11, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey-Cohen and Kim Theresa Mollica, Judges; L.T. Case Nos. 062016CC021628AXXXCE and 062017AP021618AXCCCE.

Mariano R. Gonzalez of Law Offices of Gonzalez & Associates, P.A., Miramar, for appellant.

Matthew J. Conigliaro of Carlton Fields, P.A., Tampa, and Johanna W. Clark of Carlton Fields, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***